UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Farass Adnan Ali,                              Civil No. 18-53 (DWF/DTS)

          Petitioner,

v.                                             **ORDER ADOPTING REPORT
                                               AND RECOMMENDATION**

Kristen Nielsen,
Sec'y Homeland Security Department,

          Respondent.


The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated February 28, 2018. (Doc. No. 4.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

### ORDER

1.     Magistrate Judge David T. Schultz's February 28, 2018 Report and Recommendation (Doc. No. [4]) is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 28, 2018     s/Donovan W. Frank
                          DONOVAN W. FRANK
                          United States District Judge